ACCEPTED
01-14-00379-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/31/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

**CAUSE NO. 01-14-00379-CV**

IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/29/2015 3:22:58 PM
CHRISTOPHER A. PRINE
Clerk

**MOSE A. GUILLORY and MARY GUILLORY,**

*Appellants,*

**v.**

**SEATON, L.L.C., d/b/a STAFF MANAGEMENT,**

*Appellees.*

**On Appeal from the 113th Judicial District Court of Harris County, Texas
Cause No. 2012-61407A**

**APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE
MOTION FOR REHEARING PURSUANT TO TEX. R. APP. P. 49.8**

Bradford J. Gilde, *Lead Counsel*
Tex. Bar No. 24045941
GILDE LAW FIRM
55 Waugh Dr., Suite 800
Houston, Texas 77007
(281) 973-2772
bjg@gildelawfirm.com

Collyn A. Peddie, *Counsel Withdrawn*
Tex. Bar No. 1507300
LAW OFFICES OF COLLYN PEDDIE
440 Louisiana Street, Suite 900
Houston, Texas 77002-4205
(713) 236-7783
cp@collynpeddie

Mike Gallagher, *Counsel Withdrawn*
THE GALLAGHER LAW FIRM
2905 Sackett St.
Houston, Texas 77098
(713) 238-7705

David P. Matthews, *Counsel Withdrawn*
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, Texas 77098
(713) 522-5250

COME NOW Appellants, MOSE GUILLORY and MARY GUILLORY and pursuant to TEX. R. APP. P. 49.8, file this Appellants' Unopposed Motion to Extend Time to File Motion for Rehearing ("Motion").

1.     Appellants are MOSE A. GUILLORY and MARY GUILLORY.

2.     Appellees are SEATON, L.L.C., d/b/a STAFF MANAGEMENT.

3.     On August 6, 2015, this Court issued an opinion that affirmed the trial court's ruling. Under TEX. R. APP. P. 49.1, the original last date for filing a motion for panel rehearing or rehearing *en banc* was August 21, 2015.

4.     Appellants require additional time to file their motion for rehearing because Appellants are currently searching for new appellate counsel. Appellants' previous appellate counsel, Collyn Peddie, has withdrawn since this Court's opinion was issued on August 6, 2015. In addition, trial counsel Mike Gallagher and David P. Matthews have also both withdrawn. Since counsels' withdrawal, Appellants have been diligently searching for new appellate counsel.

5.     Appellants file this Motion within the 15-day period of TEX. R. APP. P. 49.8 to file a motion to extend the deadline for filing a motion for rehearing.

6.     At this time, Appellants are still searching and have yet to formally retain new appellate counsel. They hope to have new appellate counsel retained within the next week. Consequently, Appellants respectfully request an additional 21 days

from the date of this extension motion, September 18, to file any motion for rehearing.

7. No extension has previously been requested or granted to extend the time to file a motion for rehearing in this case.

8. Appellants do not attach an affidavit to this motion because the facts set forth are within the personal knowledge of the attorney signing this motion. TEX. R. APP. P. 10.2.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellants respectfully request that this Court grant Appellant's motion and extend Appellant's deadline to file any motion for rehearing to Friday, September 18, 2015. Appellants pray for such other relief to which they have shown themselves justly entitled.

Respectfully Submitted,

_____
Bradford J. Gilde
Tex. Bar No. 24045941
GILDE LAW FIRM, PLLC
55 Waugh Dr., Suite 800
Houston, Texas 77007
(281) 973-2772
bjg@gildelawfirm.com

ATTORNEY FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

Counsel for Appellants and Counsel for Appellees conferred on the 27th and 28th of August, 2015 regarding this Motion, and Appellees are in agreement with the relief requested herein.

_____
Bradford J. Gilde

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 29th day of August, 2015, a true and correct copy of the foregoing was forwarded in accordance with the Texas Rules of Appellate Procedure to the following counsel of record:

**VIA Electronic Service:**

| | |
|---|---|
| William F. Dolan | Thomas R. Phillips |
| (*pro hac vice*) | TX Bar No. 00000102 |
| Jones Day | Baker Botts L.L.P. |
| 77 West Wacker | 1500 San Jacinto Center |
| Chicago, IL 60601 | 98 San Jacinto Blvd. |
| Tel: 312-782-3939 | Austin, TX 78701-4078 |
| Fax: 312-782-8585 | Tel: 512-322-2565 |
| wdolan@jonesday.com | Fax: 512-322-8362 |
| | tom.phillips@bakerbotts.com |
| | |
| Elizabeth G. Meyers | Macey Reasoner Stokes |
| TX Bar No. 24047767 | TX Bar No. 00788253 |
| Jones Day | Baker Botts L.L.P. |

717 Texas, Suite 3300
Houston, Texas 77002
Tel: 832-239-3939
Fax: 832-239-3600
egmyers@jonesday.com

910 Louisiana Street
Houston, TX 77002
Tel: 713-229-1369
Fax: 713-229-7869
macey.stokes@bakerbotts.com

_____
Bradford J. Gilde